IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| REUBEN JULIUS INGRAM, III, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-16-316-D |
| JOE ALLBAUCH, Interim Director, | ) ) ) |
| Respondent. | ) |

**O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell, recommending the denial of Petitioner's motion to proceed *in forma pauperis* (IFP) and the dismissal of the action if Petitioner fails to pay the $5.00 filing fee. Within the time period for filing an objection, Petitioner has paid the full filing fee. Thus, the Court finds that the IFP motion is moot.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 6] is ADOPTED, and Petitioner's IFP Motion [Doc. No. 2] is DENIED.

IT IS FURTHER ORDERED that the case is re-referred to Judge Purcell for further proceedings consistent with the initial case referral.

IT IS SO ORDERED this  27th  day of April, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE